JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE DUSKO CAVIC | ) | Case No. SACV 14-1776 DSF |
| | ) | |
| DUSKO CAVIC | ) | JUDGMENT |
|        Appellant, | ) | |
| v. | ) | |
| U.S. TRUSTEE, | ) | |
|        Appellee, | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and appellant not having timely responded,

IT IS ORDERED AND ADJUDGED that the appellant take nothing and that the appeal be dismissed.

Dated:  1/5/15

_____
DALE S. FISCHER
United States District Judge